

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

THE STATE OF TEXAS,                                         No. 08-14-00272-CR

§

        Appellant,                                         Appeal from the

§

v.                                                          County Court at Law No. 7

§

VICTOR MANUEL GALLEGOS,                                     of El Paso County, Texas

§

        Appellee.                                         (TC# 20120C00942)

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order granting the motion for a directed verdict and the judgment of acquittal, reinstate the jury's verdict of guilty, and remand the cause to the trial court for a punishment hearing, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.